STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607
Telephone: (510) 637-3518

Counsel for Defendant DANIEL RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | No. CR-12-0799 YGR |
| ) | |
| Plaintiff,    ) | STIPULATION AND ORDER TO RESET |
| ) | STATUS CONFERENCE DATE AND TO |
| vs.    ) | EXCLUDE TIME UNDER THE SPEEDY |
| ) | TRIAL ACT |
| DANIEL RAMOS,    ) | |
| ) | |
| Defendant.    ) | |
| _____) | |

   The above-captioned matter is set on March 28, 2013 for a status conference. The parties request that this Court continue the hearing to May 2, 2013 at 2:00 p.m. and that the Court exclude time under the Speedy Trial Act between March 28, 2013 and May 2, 2013.

   This is a case charging Possession of Methamphetamine for Sale; Unlawful Possession of a Machine Gun; Possession of a Firearm in Furtherance of a Drug Trafficking Crime; and Possession of a Machine Gun in Furtherance of a Drug Trafficking Crime. As charged, the defendant faces the possibility of mandatory minimum penalties of 45 years. The undersigned defense counsel was appointed in this matter after Mr. Ramos' last appearance before this Court last month. Since being appointed, counsel has been reviewing the discovery provided thus far, performing legal research, and developing an investigation plan. The defense also submitted to

1  the government last week a letter requesting several additional categories of discovery.  The
2  government is gathering records it believes are discoverable and will provide them to the defense
3  as soon as they are available.  Additional time is needed to obtain all relevant discovery, to
4  review all discovery, and to perform necessary investigation and legal research.
5      The parties agree the ends of justice served by granting the continuance outweigh the best
6  interests of the public and defendant in a speedy trial.  Therefore, the parties further stipulate and
7  request that the Court exclude time between March 28, 2013 and May 2, 2013 in accordance
8  with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate
9  preparation of counsel.

10

11 IT IS SO STIPULATED:

12 Dated: March 25, 2013                 /s/ Ned Smock
                                         NED SMOCK
13                                       Assistant Federal Public Defender

14

15 Dated: March 25, 2013                 /s/ Natalie Lee
                                         NATALIE LEE
16                                       Assistant United States Attorney

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL RAMOS<br><br>　　　　Defendant. | No. CR-12-0799 YGR<br><br>ORDER GRANTING STIPULATED REQUEST TO RESET STATUS CONFERENCE DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

The parties jointly requested that the March 28, 2013 status conference in this matter be reset for a status conference on May 2, 2013, and that time be excluded under the Speedy Trial Act between March 28, 2013 and May 2, 2013 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The defense is obtaining and reviewing discovery. Additional time is needed for that purpose and to allow sufficient time for the defense to analyze the evidence and perform necessary investigation. Accordingly, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for a status conference on May 2, 2013 at 2:00 p.m., and that time between March 28, 2013 and May 2, 2013 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED: March 26, 2013

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge