STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607
Telephone: (510) 637-3518

Counsel for Defendant DANIEL RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-0799 YGR |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO RESET |
| ) | STATUS CONFERENCE DATE AND TO |
| vs. ) | EXCLUDE TIME UNDER THE SPEEDY |
| ) | TRIAL ACT |
| DANIEL RAMOS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The above-captioned matter is set on May 2, 2013 for a status conference. The parties request that this Court continue the hearing to June 6, 2013 at 2:00 p.m. and that the Court exclude time under the Speedy Trial Act between May 2, 2013 and June 6, 2013.

This is a case charging Possession of Methamphetamine for Sale; Unlawful Possession of a Machine Gun; Possession of a Firearm in Furtherance of a Drug Trafficking Crime; and Possession of a Machine Gun in Furtherance of a Drug Trafficking Crime. As charged, the defendant faces the possibility of mandatory minimum penalties of 45 years. The undersigned defense counsel was appointed in this matter on February 15. Since being appointed, counsel has been reviewing the discovery provided thus far, performing legal research, and performing investigation. This court granted one stipulation continuing this matter since undersigned

counsel was appointed. The defense submitted a letter to the government last month requesting several additional categories of discovery based upon its review of the initial discovery production. The government turned over much of that new discovery in the past week, including more than 100 pages of documents. Three CDs containing additional evidence are in the mail to the defense and should arrive tomorrow. Additional time is needed to review this new discovery, meet with the defendant, and to perform necessary related investigation and legal research.         The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between May 2, 2013 and June 6, 2013 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

IT IS SO STIPULATED:

Dated: April 30, 2013                                    /s/ Ned Smock
                                                         NED SMOCK
                                                         Assistant Federal Public Defender


Dated: April 30, 2013                                    /s/ Natalie Lee
                                                         NATALIE LEE
                                                         Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-12-0799 YGR |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING STIPULATED REQUEST TO RESET STATUS CONFERENCE DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| DANIEL RAMOS | ) | |
| Defendant. | ) | |

The parties jointly requested that the May 2, 2013 status conference in this matter be reset for a status conference on June 6, 2013, and that time be excluded under the Speedy Trial Act between May 2, 2013 and June 6, 2013 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The defense is obtaining and reviewing discovery. Additional time is needed for that purpose and to allow sufficient time for the defense to analyze the evidence and perform necessary investigation. Accordingly, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for a status conference on June 6, 2013 at 2:00 p.m., and that time between May 2, 2013 and June 6, 2013 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED: May 1, 2013

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge